

# In the Missouri Court of Appeals
## Eastern District

FEBRUARY 17, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED101025    ARVON L. BROWN, APP V STATE OF MISSOURI, RES

2.    ED101058 SHANTE WRIGHT, APP V STATE OF MISSOURI, RES

3.    ED101083 RICARDO CULPEPPER, APP V STATE OF MISSOURI, RES

4.    ED101201 STATE OF MISSOURI, RES V JUSTIN JONES, APP

5.    ED101386 JAMES V. TAYLOR, APP V STATE OF MISSOURI, RES

6.    ED102041 STATE OF MISSOURI, APP V JOHN ALEXANDER, RES

**CORRECTION(S):**

1.    ED101082 IN THE MATTER OF:  SCOTT J. MALAWEY

2.    ED101202 WILLIAM BERGMAN ETAL, RES V W. FISHBACK ETAL, APP